CENTER FOR DISABILITY ACCESS
RAYMOND G. BALLISTER, JR., ESQ., SBN 111282
MARK D. POTTER, ESQ., SBN 166317
RUSSELL C. HANDY, ESQ., SBN 195058
9845 Erma Road, Suite 300
San Diego, CA 92131-1084
(858) 375-7385; Fax (888) 422-5191

Attorney for Plaintiff, GABRIEL GONZALEZ

CATHERINE M. CORFEE SBN 155064
CORFEE STONE & ASSOCIATES
P.O. Box 1098
Carmichael, CA 95609
Telephone: (916) 487-5441
Facsimile: (916) 487-5440

Attorneys for Defendant, CAMPESTRE CORPORATION

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL GONZALEZ,<br><br>        Plaintiff,<br><br>    vs.<br><br>CAMPESTRE CORPORATION, a California Corporation, dba La Costa; and Does 1-10,<br><br>        Defendants. | Case No.: Case No: 3:11-cv-02551-SI<br><br>**STIPULATION RE:**<br>**CASE HANDLING SCHEDULE**<br>**(GENERAL ORDER NO. 56)** |

## STIPULATION

By and through their respective attorneys of record, the parties do hereby agree and stipulate to the following case handling schedule, pursuant to General Order No. 56:

1. Exchange Initial Disclosures:    **October 14, 2011**

1    2.	Joint Site Inspection / Settlement Meeting re: Injunctive Relief: **January 13, 2012**

3.	Notice of Need for Mediation: Plaintiff to file on or before **February 28, 2011**

4.	Motion for Administrative Relief: Plaintiff to file 7 days after mediator files Certification of ADR Session.

// // //

Dated: October 4, 2011                    CENTER FOR DISABILITY ACCESS

By: /s/ Mark D. Potter
      Mark D. Potter
      Attorneys for Plaintiff

Dated: October 4, 2011                    CORFEE STONE & ASSOCIATES

By: /s/ Catherine Corfee
      Attorney for Defendant
      Campestre Corporation

*[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Susan Illston]*

# PROOF OF SERVICE

GONZALEZ V. CAMPESTRE, ET AL. Case # 3:11-CV-02551- MEJ

I, the undersigned, am over the age of eighteen years and am resident of San Diego County, California; I am not a party to the above-entitled action; my business address is 9845 Erma Road, Suite 300, San Diego, CA 92131.

On October 4, 2011 I served the following document(s):

**STIPULATION RE: CASE HANDLING SCHEDULE (GENERAL ORDER NO. 56)**

Addressed to:
Catherine M. Corfee
CORFEE STONE & ASSOCIATES
PO Box 1098
Carmichael, CA 95609

- ☐ BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.
- ☐ BY FACSIMILE: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.
- ☐ BY OVERNITE EXPRESS: I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.
- ☐ BY PERSONAL SERVICE: I caused said documents to be personally served on all listed recipients via Ace Attorney Services.
- ☑ BY ELECTRONIC MAIL TRANSMISSION: via the United States District Court, Northern District of California's CM/ECF system. I caused the listed documents to be electronically filed and subsequently emailed to the recipient(s).

Executed on October 4, 2011 from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Bryce J. Holewinski

PROOF OF SERVICE