CENTER FOR DISABILITY ACCESS
RAYMOND G. BALLISTER, JR., ESQ., SBN 111282
RayBallister@cda4access.com
MARK D. POTTER, ESQ., SBN 166317
Mark@potterhandy.com
RUSSELL C. HANDY, ESQ., SBN 195058
russ@potterhandy.com
9845 Erma Road, Suite 300
San Diego, CA 92131-1084
(858) 375-7385; Fax (888) 422-5191
Attorney for Plaintiff GABRIEL GONZALEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL GONZALEZ, <br><br> Plaintiff, <br><br> v. <br><br> CAMPESTRE CORPORATION, a California Corporation, dba LA COSTA; and Does 1-10, inclusive <br><br> Defendants. | Case No.: CV 11-02551 MEJ SI <br><br> **ORDER DISMISSING CASE** |

### ORDER

Having read the foregoing Stipulation and finding good cause, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.  The court shall retain jurisdiction to enforce the terms of the settlement.

**IT IS SO ORDERED.**

Dated: 3/20/12

_____
SUSAN ILLSTON,
UNITED STATES DISTRICT COURT JUDGE